UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
JORGE L. ALVAREZ,                       )
           Plaintiff,                   )
                                        )
                v.                      )   Civil Action
                                        )   No. 3:18-cv-30172-MGM
UNITED STATES OF AMERICA, and           )
MEGAN BRENNAN, Postmaster General       )
of the United States Postal Service,    )
           Defendants.                  )
```

ORDER OF DISMISSAL

March 24, 2020

MASTROIANNI, U.S.D.J.

Pursuant to the court's memorandum and order of this date granting the defendant's motion to dismiss, it is hereby ordered that this case be closed.

It is so ordered.

/s/ Mark G. Mastroianni
U.S. District Court Judge